EAP:eap
AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

RECEIVED

MAR 02 2020

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | FILED UNDER SEAL |
| JEFFREY COLIN PURDY | Case No. 20-mj-181 HB |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. Beginning on or about August 30, 2017, and continuing through on or about February 22, 2020, in Hennepin and Blue Earth Counties, in the State and District of Minnesota, defendant

Jeffrey Colin Purdy transmitted in interstate and foreign commerce communications containing threats to kidnap a person, to wit, Victim A, and threats to injure Victim A and others,

in violation of Title 18, United States Code, Section 875(c).

I further state that I am a Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
*Complainant's signature*

Patrick M. Rielly, FBI Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/2/2020

_____
*Judge's Signature*

City and State: St. Paul, MN

Hon. Hildy Bowbeer
United States Magistrate Judge
_____
*Printed Name and Title*

SCANNED
MAR 0 2 2020
U.S. DISTRICT COURT ST. PAUL