UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 20-77 (SRN/BRT) |
|     Plaintiff, | |
| v. | ORDER |
| Jeffrey Colin Purdy, | |
|     Defendant | |

Emily Polachek, Office of the United States Attorney, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for Plaintiff United States of America

Jeffrey Colin Purdy, 123 15th St. N., Fargo, ND 58102, Pro Se Defendant

SUSAN RICHARD NELSON, United States District Judge

    Defendant Jeffrey Colin Purdy has no pending motions before the Court in this matter. Nevertheless, in recent weeks, he has telephoned and emailed chambers on several occasions. Such ex parte, off-the-record contacts are improper.

    Accordingly, Mr. Purdy shall not directly contact Judge Nelson's chambers by telephone or email. If he wishes to communicate with the Court in this matter, he must do so by filing a motion with the Clerk of Court. Such motions shall comply with all applicable laws and rules.

**SO ORDERED**.

Dated: January 30, 2024　　　　　　　　　s/Susan Richard Nelson
　　　　　　　　　　　　　　　　　　　　SUSAN RICHARD NELSON
　　　　　　　　　　　　　　　　　　　　United States District Judge