**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **United States of America,** | **Crim. No. 20-77 (SRN/BRT)** |
| **Plaintiff,** | |
| v. | **ORDER** |
| **Jeffrey Colin Purdy,** | |
| **Defendant** | |

LeeAnn Bell, Office of the United States Attorney, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for Plaintiff United States of America

Jeffrey Colin Purdy, Pro Se Defendant

SUSAN RICHARD NELSON, United States District Judge

Pending before the court is Defendant Jeffrey Colin Purdy's Pro Se Motion to Correct the Court's January 29, 2025 Order on Motion to Reduce Sentence – Amendment 821 ("Motion to Correct") [Doc. No. 370].

When Mr. Purdy filed his Motion to Correct, he simultaneously filed a Notice of Appeal to the Eighth Circuit [Doc. No. 372], appealing the same January 29, 2025 Order [Doc. No. 369] that he seeks to correct in the instant motion. The Eighth Circuit denied his appeal [Doc. No. 383]. Due to a filing oversight in the District Court's Clerk's Office, however, the Eighth Circuit's mandate, which returns jurisdiction to this Court, was not docketed in the District Court until April 30, 2026 [Doc. No. 394].

1

In his Motion to Correct, Mr. Purdy contends that in the January 29, 2025 Order, the Court "mislabeled" his underlying Amendment 821 Motion [Doc. No. 347] as a motion to reduce his sentence, when he merely sought to "correct" his original criminal history category based on Amendment 821. (Mot. to Correct at 1.)

Irrespective of the label attached to his motion, at the time Mr. Purdy filed his Amendment 821 Motion, he had already served the custodial portion of his 60-month original sentence. As the Court explained in the January 29, 2025 Order, retroactive relief is unavailable under Amendment 821 for a completed sentence. (Jan. 29, 2025 Order at 1.) The Eighth Circuit summarily affirmed this Court's ruling. (8th Cir. J. [Doc. No. 383].)

Accordingly, based upon the foregoing, and all the files, record, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Pro Se Motion to Correct [Doc. No. 370] is **DENIED**.


Dated: April 30, 2026

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge

2