**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America, | Crim. No. 20-77 (SRN/BRT) |
| **Plaintiff,** | |
| v. | **ORDER** |
| **Jeffrey Colin Purdy,** | |
| **Defendant** | |

---

LeeAnn Bell, Office of the United States Attorney, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for Plaintiff United States of America

Jeffrey Colin Purdy, VOA, 2825 E. Lake St., Minneapolis, MN 55406, Pro Se Defendant

---

SUSAN RICHARD NELSON, United States District Judge

Pending before the court is Defendant Jeffrey Colin Purdy's Pro Se Rule 36 Motion [Doc. No. 398] in which he seeks to correct the Court's Order of May 7, 2026 [Doc. No. 397].   The Court has previously explained why Mr. Purdy is not entitled to relief.  (Orders of May 7, 2026; April 30, 2026 [Doc. No. 395]; and January 29, 2025 [Doc. No. 369], *aff'd* Feb. 26, 2025 8th Cir. J. [Doc. No. 383].)  There is no legal basis for relief or correction. Accordingly, his Pro Se Rule 36 Motion [Doc. No. 398] is **DENIED**.

Dated: June 2, 2026

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge

1